UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY NI,

                Plaintiff.

      v.

HSBC BANK USA, NA,

                Defendant.

23-CV-1093 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the initial pretrial conference is hereby rescheduled for June 28, 2023, at 11:30 a.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. The parties shall file a joint status letter and proposed case management plan prior to the conference, as described by the Court's prior order in this action. *See* Dkt. 13.

    Should the rescheduled time for the conference present a scheduling conflict for either party, they may request an adjournment by letter and propose alternate dates.

SO ORDERED.

Dated:    June 21, 2023
             New York, New York

                                      Hon. Ronnie Abrams
                                      United States District Judge