```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY NI,

                Plaintiff,

-against-

HSBC BANK USA, N.A.,

                Defendant.

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**23CV1093 (RA)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for general pretrial supervision purposes (Doc. No. 21). A Case Management Conference will be held on **Monday, July 24, 2023 at 12:15 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   June 29, 2023
             New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge