UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY NI,

                              Plaintiff,

-against-

HSBC BANK USA, N.A.,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2023

**ORDER**

**23CV1093 (RA)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On July 24, 2023, the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

      **Pleadings, Parties, and Motions.** The parties shall have until **October 30, 2023** to amend the pleadings and join parties. No further amendments or joinder of parties thereafter absent good cause.

      **Discovery.** The deadline to complete fact discovery is **December 29, 2023**.

      **Discovery Disputes.** The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

      **Rule 1 and Rule 26(b)(1).** Counsel shall comply with Rule 1 and Rule 26(b)(1) in the conduct of discovery.

      **Document Requests.** Counsel shall be fully familiar with their obligations under Rules 34 and 26(g) and consider and discuss ways to ensure compliance and minimize disputes regarding overbreadth and specificity of requests and responses. A failure to comply with this responsibility carries serious consequences. Requests for any and all documents on a broad

topic are presumptively improper. Likewise, courts have held that an objection that does not appropriately explain its grounds is forfeited. *See, e.g.*, *Wesley Corp. v. Zoom T.V. Prods., LLC*, No. 17-100212018, 2018 WL 372700, at *4 (E.D. Mich. Jan. 11, 2018); *Fischer v. Forrest*, No. 14 Civ. 01304 (PAE) (AJP), 2017 WL 773694 (S.D.N.Y. Feb. 28, 2017) ("[A]ny discovery response that does not comply with Rule 34's requirement to state objections with specificity (and to clearly indicate whether responsive material is being withheld on the basis of objection) will be deemed a waiver of all objections (except as to privilege).").

**Status Letter.** The parties shall file a joint status letter by **August 31, 2023** updating the Court.

**SO ORDERED.** Dated:

July 25, 2023
New York, New York

*[signature: Katharine H. Parker]*

KATHARINE H. PARKER
United States Magistrate Judge