UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY NI,

                    Plaintiff,

-against-

HSBC BANK USA, N.A.,

                    Defendants.

**ORDER**

1:23-cv-01093 (AS) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023

**KATHARINE H. PARKER, United States Magistrate Judge.**

    The Court is in receipt of the parties' letters concerning discovery disputes in this action. (ECF Nos. 29, 30.) Plaintiff raises two discovery issues.

    The Court finds the parties have not exhausted the meet and confer process and neither issue is ripe for discussion or resolution before the Court. Before October 25, 2023, counsel for the parties shall meet and confer to either resolve or narrow the scope of the issues presented by the letters. After completion of the meet and confer process, the parties shall file a joint letter with the Court no later than October 30, 2023, describing any outstanding issues for resolution by the Court.

    The parties are reminded that they have an obligation to meet and confer in good faith before bringing discovery disputes to the Court. They are also reminded that all discovery requests must be consistent with Rule 1 and proportional to the needs of the case. Likewise objections must be specific and consistent with Rule 34's requirements.

    A status conference is scheduled for **Wednesday, November 8, 2023 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Any

requests for adjournment must be submitted via ECF at least three days in advance of a scheduled proceeding.

**SO ORDERED.**

Dated: New York, New York
October 10, 2023

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge