UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2023
```

KELLY NI,

                Plaintiff,

-against-

HSBC BANK USA, N.A.,

                Defendants.

**ORDER**

1:23-cv-01093 (AS) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

On November 8, 2023 the parties appeared for a status conference. The parties shall follow the Court's direction on discovery as set forth more fully on the record.

The parties shall submit a joint status letter to provide an update on the status of discovery and any outstanding disputes by **Friday, December 8, 2023.**

**SO ORDERED.**

Dated: New York, New York
       November 8, 2023

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge