# LEE LITIGATION GROUP

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2023

WRITER'S DIRECT:  (212) 465-1188
cklee@leelitigation.com

December 8, 2023

**Via ECF**:
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Ni v. HSBC Bank USA, N.A.*
Case No. 23-cv-01093-RA-KHP

Dear Judge Parker:

This firm represents Plaintiff in the above-referenced matter. Plaintiff writes with the consent of Defendants to request the parties be permitted until Tuesday, December 12, 2023, to file a joint letter regarding the status of discovery, currently due today, December 8, 2023.

I am currently abroad, and the parties intend to meet and confer on Monday, December 11, 2023, to continue discussions regarding discovery.

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

Request GRANTED. The parties shall have until Tuesday December 12, 2023, to file a joint letter with the Court regarding the status of discovery.

SO ORDERED:

/s/ Katharine H. Parker
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

12/11/2023