USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY NI,

                      Plaintiff,

       -against-

HSBC BANK USA, N.A.,

                      Defendants.

**ORDER**

1:23-cv-01093 (AS) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The parties in this action have represented that they have reached an agreement in principle for settlement of this matter. ECF No. 43. Therefore, the status conference scheduled for Wednesday, January 10, 2024, is hereby adjourned *sine die*. By **February 7, 2024**, the parties shall write jointly to provide an update on the status of settlement discussions, to the extent the action is not discontinued before that date.

**SO ORDERED.**

Dated: New York, New York
       January 8, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge